IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KALIE BROWN, ET AL.,   *
                       *
    Plaintiffs,        *
                       *
vs.                    *   No. 4:11CV00224 SWW
                       *
PEACHES AND PEARS SOCIAL CLUB,   *
INC., ET AL.,          *
                       *
    Defendants.        *

**Order**

Before the Court is plaintiffs' motion to substitute counsel. The motion [docket entry 6] is granted. Anne Milligan is hereby substituted for Amber Schubert as counsel of record for plaintiffs. Josh Sanford remains lead counsel.

SO ORDERED this 15th day of April, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE