IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KALIE BROWN, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:11CV00224 SWW |
| | * | |
| PEACHES AND PEARS SOCIAL CLUB, INC., ET AL., | * | |
| | * | |
| | * | |
| Defendants. | * | |

**Order of Dismissal**

Before the Court is plaintiffs' motion to dismiss their complaint with prejudice. The motion [docket entry 76] is granted. Plaintiffs' complaint is dismissed with prejudice.

SO ORDERED this 29th day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE